**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MOSHE SEGELMAN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>UNITED LENDING LLC<br><br>Defendant. | Case No. 25-cv-970 |

## **NOTICE OF DISMISSAL WITHOUT PREJUDICE**

Plaintiff files this Notice of Voluntary Dismissal without Prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A).

RESPECTFULLY SUBMITTED AND DATED this April 11, 2025.

*/s/ Anthony Paronich*
Anthony Paronich
Email: anthony@paronichlaw.com
PARONICH LAW, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Telephone: (617) 485-0018
Facsimile: (508) 318-8100

*Attorneys for Plaintiff and the Proposed Class*